IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLOS LINDSEY,

    Plaintiff,

v.

RUBIN ASCH, TRACEY JOHNSON, KEVIN KALLAS, DR. BECKER, STACEY HOEM, SARRI MATAS, TORRIA VAN BUREN, JANE DOE, WARDEN BOUGHTON and HAINE,

    Defendants.

JUDGMENT IN A CIVIL CASE

18-cv-399-jdp

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 12/18/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |